■ KEITH HAYWOOD, Appellant, v PAT SMITH et al., Respondents. (Appeal No. 2.) [825 NYS2d 417]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered February 6, 2006. The order granted defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Haywood v Drown* (35 AD3d 1290 [2006]). Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ In the Matter of RICHARD E. KAPLAN, Appellant, v TIMOTHY JULIAN, as Mayor of City of Utica, et al., Respondents, et al., Respondent. [825 NYS2d 418]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (John G. Ringrose, A.J.), entered July 12, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.